# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDERICK BANKS, 05711-068, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SOO SONG, et al )<br>)<br>Defendants. )<br>)<br>) | CIVIL NO. 17-cv-0768-JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On September 19, 2017, Petitioner was ordered to pay the filing fee of $400.00 for this action no later than October 19, 2017 (Doc. 6). Plaintiff was clearly warned in that Order that failure to pay the filing fee of $400.00 would result in dismissal of this case. The date to pay the filing fee has passed, and Plaintiff has failed to do so. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. **FED. R. CIV. P. 41(b).** *See generally Ladien v. Astrachan,* **128 F.3d 1051 (7th Cir. 1997)**; *Johnson v. Kamminga,* **34 F.3d 466 (7th Cir. 1994).** This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Accordingly, the agency having custody of the plaintiff is directed to remit the $400.00 filing fee from his prison trust fund account if such funds are available. If he does not have $400.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during

the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $400.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of Court each time the Plaintiff's account exceeds $10.00 until the $400.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, P.O. Box 249, East St. Louis, Illinois 62202. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Northeast Ohio Correctional Center *upon entry of this Order*.

The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: November 7, 2017**

*s/J. Phil Gilbert*
United States District Judge